# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133717(59)

ERIC KORPAL and MARY KORPAL,
        Plaintiffs-Appellants,

v

SAMUEL J. SHAHEEN, M.D., MIDWESTERN
SURGICAL ASSOCIATES, P.C., and
COVENANT HEALTHCARE,
        Defendants,

and

STEPHEN A. MESSANA, D.O., SCOTT
CHENEY, M.D., and ADVANCED
DIAGNOSTIC IMAGING, P.C.,
        Defendants-Appellees.
_____/

SC: 133717
COA: 266418
Saginaw CC: 03-049832-NH

On order of the Court, the motion for reconsideration of this Court's April 30, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, WEAVER, and KELLY, JJ., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

d0721